*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 10, 2016                    522890
_____

THE PEOPLE OF THE STATE OF
    NEW YORK ex rel. TALIB
    ALSAIFULLAH,
                    Appellant,
        v                                  MEMORANDUM AND ORDER

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                    Respondent.
_____

Calendar Date:  September 20, 2016

Before:  Garry, J.P., Egan Jr., Rose, Devine and Mulvey, JJ.

_____

        Talib Alsaifullah, Coxsackie, appellant pro se.

_____

        Appeal from an order and judgment of the Supreme Court
(Feldstein, J.), entered January 21, 2016 in Franklin County,
which, among other things, denied petitioner's application, in a
proceeding pursuant to CPLR article 70, without a hearing.

        Order and judgment affirmed.  No opinion.

        Garry, J.P., Egan Jr., Rose, Devine and Mulvey, JJ.,
concur.

ORDERED that the order and judgment is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court